1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney
5
       60 South Market St., Suite 1200
6      San Jose, California 95113
       Telephone: (408) 535-5081
7      neal.hong@usdoj.gov

8  Attorneys for United States of America

| | |
|---|---|
| **FILED** | |
| Jul 30 2025 | |
| Mark B. Busby | |
| CLERK, U.S. DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN JOSE | |

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,           )  CASE NO. CR 25-70926-MAG
                                        )
13          Plaintiff,                  )  AMENDED NOTICE OF PROCEEDINGS ON
                                        )  OUT-OF-DISTRICT CRIMINAL CHARGES
14      v.                              )  PURSUANT TO RULES 5(c)(2) AND (3) OF THE
                                        )  FEDERAL RULES OF CRIMINAL PROCEDURE
15  DANIEL A. GUITERREZ,                )
                                        )
16          Defendant.                  )
                                        )
17  _____)

18

19      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20  that on or about July 30, 2025, the above-named defendant was taken into custody pursuant to an arrest

    warrant (copy attached) issued upon a
21
        □       Indictment
22
        **X**   Information
23
        □       Criminal Complaint
24

25  pending in the Western District of Washington, Case Number 25-CR-05053 CVB.

26      In that case (copy of warrant and information attached), the defendant is alleged to have violated

27  18 U.S.C.

28      The maximum penalties are as follows:

v. 7/10/2018

<u>Count 1 – Driving Under the Influence of Alcohol with Two Priors within Seven Years</u>

364 days in jail / $5000 fine / $25 special assessment / up to 1-year Supervised Release if jail ordered / if Probation ordered – up to 5 years

Mandatory minimum penalties: 120 days in jail, 150 days of electronic home monitoring, and a $1500 fine

<u>Count 2 – Ignition Interlock Device Required</u>

364 days in jail / $5000 fine / $25 special assessment / up to 1-year Supervised Release if jail ordered / if Probation ordered – up to 5 years

<u>Count 3 – Driving While License Suspended in the 3rd Degree</u>

90 days in jail / $1000 fine / $10 special assessment / if Probation ordered – up to 5 years

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: <u>July 30, 2025</u>          <u>s/ Neal Hong</u>
                                   NEAL C. HONG
                                   Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
## WESTERN DISTRICT OF WASHINGTON

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DANIEL A GUITERREZ | ) | Case No. 3:25−cr−05053−CVB |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  DANIEL A GUITERREZ

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation     ☐ Supervised Release     ☐ Violation Notice     ☐ Order of the Court
　 Petition         　 Violation Petition

Brief description of offense:

TRAFFIC OFFENSES, DRIVING UNDER THE INFLUENCE OF INTOXICATING LIQUOR OR DRUGS − BAC
ABOVE 0.15,TRAFFIC OFFENSES, OTHER − DRIVING WHILE LICENSE SUSPENDED 3RD DEGREE,TRAFFIC
OFFENSES, OTHER − VIOLATION OF IGNITION INTERLOCK DEVICE

Date:    4/23/2025 _____             _____
                                                         *Issuing officer's signature*

City and state:   Tacoma, Washington _____     Kelly A Miller,  Deputy Clerk
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| Date: _____             _____ |
|                                              *Arresting officer's signature* |
|                                              _____ |
|                                              *Printed name and title* |

FILED _____ LODGED
_____ RECEIVED

Mar 19, 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

DANIEL A. GUITERREZ,

              Defendant.

No.   3:25-cr-05053

INFORMATION

(Misdemeanor)

The United States Attorney charges that:

COUNT I

On or about August 14, 2023, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, DANIEL A. GUITERREZ, did drive a motor vehicle while under the influence of intoxicating liquor or drugs. The defendant's BAC was at or above 0.15.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.502.

COUNT II

On or about August 14, 2023, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, DANIEL A. GUITERREZ, did operate a motor vehicle without a functioning ignition interlock device, which he was required to have.

INFORMATION
United States v. DANIEL A. GUITERREZ
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69 JBLM, WA 98433-9500
usarmy.jblm.i-corps.list.sja-sausa@army.mil

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.20.740.

## COUNT III

On or about August 14, 2023, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, DANIEL A. GUITERREZ, did drive and operate a motor vehicle on a public highway at a time when his privilege to do so was suspended or revoked in the third degree.

All in violation of 18 U.S.C. §§ 7 and 13 and RCW 46.20.342(1)(c).

DATED this 17 day of March 2025.

TEAL LUTHY MILLER
Acting United States Attorney

ERIC D. SEEGMILLER
Special Assistant United States Attorney

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69 JBLM, WA 98433-9500
usarmy.jblm.i-corps.list.sja-sausa@army.mil

# United States District Court

Case 3:25-cr-05053-CVB    Document 4-1    Filed 03/11/25    Page 1 of 1

## Violation Notice

(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW015 | E1888695 | Miranda | MAG273 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/14/2023  2356 | RCW 46.20.410.2 |

Place of Offense

Liberty Gate

Offense Description: Factual Basis for Charge      HAZMAT ☐

Violation of Interlock Driver's License Restriction

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Gutierrez | Daniel | A |

Phone ( 408 ) 306 · 9255

Street Address

160 W Virginia St

| City | State | Zip Code |
|---|---|---|
| San Jose | CA | 95110 |

| Driver's License No. | CDL ☐ | D.L. State |
|---|---|---|
| F2405554 | | CA |

| Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|
| 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 | 05/26/1993 |

| Sex ☐ Adult ☐ Juvenile | ☒ Male ☐ Female | Eyes Brn | Hair Brn | Height 5'10 | Weight 200 |
|---|---|---|---|---|---|

## VEHICLE     VIN:  2T3F1RFV70C301643     CMV ☐

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| CWN-8655 | A2 | 22 | Toyota/RAV4 | Silver |

## A ☒ APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

## B ☐ APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____  Forfeiture Amount

+ $30  Processing Fee

$ _____  Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X  Defendant Signature

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov** →

*E1888695*

---

CVB SCAN 01/27/2025 15:33

I state that on 15 Aug , 20 23 while exercising my duties as a
law enforcement officer in the Western District of Washington

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  08/15/2023
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/27/2025 15:33

**VIOLATION NUMBER:** E1888895

## STATEMENT OF PROBABLE CAUSE (continued)

(For issuance of an arrest warrant or summons)

I state that on **15 August**, 20**23** while exercising my duties as

a law enforcement officer in the **Western** District of **Washington**

The location of this incident is within the jurisdiction and boundaries of Joint Base Lewis-McChord, Washington.

At approximately 2356 hours a Silver in Color 2022 Toyota Rav4 was observed to be static in the second inbound lane of Liberty Gate. The toyota was operated by Mr. GUTIERREZ and owned by PV Holding Corp rental company. The defendant was observed by Gate Guard ARAMBULA passing out in the vehicle along with his passenger. JBLM Police were then requested. Information from JBECC revealed that Mr. GUTIERREZ also violated RCW 46.20.410.2 by not having an interlock device on his vehicle before driving. He will be cited another District Court Violation Notice MCA for this as well.

**NOTE**: There ☐ IS / ☒ IS NOT an in-vehicle recording available for this incident.

| Light Conditions: | Weather Conditions: | | Roadway: |
|---|---|---|---|
| ☐ Dark, No Street Lights | ☐ Blowing Sand/Dirt/Snow | ☐ Severe Crosswind | ☒ Dry |
| ☐ Dark, Street Lights Off | ☐ Clear/Partly Cloudy | ☐ Sleet/Hail/Freezing Rain | ☐ Ice |
| ☒ Dark, Street Lights On | ☐ Fog/Smog/Smoke | ☐ Snowing | ☐ Oil |
| ☐ Dawn | ☐ Overcast | ☐ Unknown | ☐ Sand/Mud/Dirt |
| ☐ Daylight | ☐ Raining | ☐ Other: | ☐ Snow/Slush |
| ☐ Dusk | | | ☐ Standing Water |
| ☐ Unknown | | | ☐ Wet |
| ☐ Other: | | | ☐ Unknown |
| | | | ☐ Other: |

The foregoing statement is based upon:

☒ my personal observation          ☐ information supplied to me from my fellow officer's observation

☒ my personal investigation        ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/15/2023**

Date (mm/dd/yyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyy)          U.S. Magistrate Judge

WEN 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-mpr0716

4

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WWW3 | E 1888696 | Miranda | MMC273 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/14/2023 2354 | RCW 46.20.342.1.c |

Place of Offense
3rd Degree

Offense Description: Factual Basis for Charge
Driving While License Suspended in the 3rd Degree

---

## DEFENDANT INFORMATION  Phone ( 408 ) 306 - 9255

| Last Name | First Name | M.I. |
|---|---|---|
| Gutierrez | Daniel | A |

Street Address
160 W Virginia St

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| San Jose | CA | 95110 | 05/26/1993 |

| Drivers License No | CDL ☐ OL ☐ State | Social Security No. |
|---|---|---|
| E7405554 | CA | 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 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Eyes BRO | Hair BRO | Height 510 | Weight 200 |
|---|---|---|---|---|---|

---

## VEHICLE  VIN: 2T3F1RFV7NC301643  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CUW-8655 | AZ | 22 | Toyota/RAV4 | | Silver |

HAZMAT ☐

---

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE instructions.

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY THE TOTAL COLLATERAL DUE OR IN LIEU OF PAYMENT APPEAR IN COURT. See instructions.

**APPEARANCE IS REQUIRED**

**APPEARANCE IS OPTIONAL**

$ _____  Forfeiture Amount

+ $30  Processing Fee

$ _____  Total Collateral Due

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov**
$ NCA

---

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date | Time |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

---

*E1888696*

Original - CVB Copy

---

I state that on 14 August, 20 23, while exercising my duties as a law enforcement officer in the Western District of Washington

The foregoing statement is based upon:

☒ my personal observation  ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  05/15/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/27/2025 15:33

**VIOLATION NUMBER:** E1888696

## STATEMENT OF PROBABLE CAUSE (continued)

(For issuance of an arrest warrant or summons)

I state that on  **15 August**  , 20 23 while exercising my duties as

a law enforcement officer in the **Western** District of **Washington**

The location of this incident is within the jurisdiction and boundaries of Joint Base Lewis-McChord, Washington.

At approximately 2356 hours a Silver in Color 2022 Toyota Rav4 was observed to be static in the second inbound lane of Liberty Gate. The toyota was operated by Mr. GUTIERREZ and owned by PV Holding Corp rental company. The defendant was observed by Gate Guard ARAMBULA passing out in the vehicle along with his passenger. JBLM Police were then requested. Information from JBECC revealed that Mr. GUTIERREZ had a license suspension in the 3rd degree. He will be then cited another District Court Violation Notice under RCW 46.20.342.1.C  along with his DUI citations. All of three of them will be MCA's.

**NOTE:** There ☐ IS  / ☒ IS NOT an in-vehicle recording available for this incident.

| Light Conditions: | Weather Conditions: | | Roadway: |
|---|---|---|---|
| ☐ Dark, No Street Lights | ☐ Blowing Sand/Dirt/Snow | ☐ Severe Crosswind | ☒ Dry |
| ☐ Dark, Street Lights Off | ☐ Clear/Partly Cloudy | ☐ Sleet/Hail/Freezing Rain | ☐ Ice |
| ☒ Dark, Street Lights On | ☐ Fog/Smog/Smoke | ☐ Snowing | ☐ Oil |
| ☐ Dawn | ☐ Overcast | ☐ Unknown | ☐ Sand/Mud/Dirt |
| ☐ Daylight | ☐ Raining | ☐ Other: | ☐ Snow/Slush |
| ☐ Dusk | | | ☐ Standing Water |
| ☐ Unknown | | | ☐ Wet |
| ☐ Other: | | | ☐ Unknown |
| | | | ☐ Other: |

The foregoing statement is based upon:

☒ my personal observation     ☐ information supplied to me from my fellow officer's observation
☒ my personal investigation    ☐ other (explain above)

**I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.**

Executed on:   **08/15/2023**        _MMMmmm_
            Date (mm/dd/yyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
            Date (mm/dd/yyy)        U.S. Magistrate Judge

# United States District Court
## Violation Notice

Case 2:25-cr-05053-CVB   Document 1-1   Filed 03/11/25   Page 1 of 1

(Rev. 1/2020)
(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WWI3 | E1888697 | Miranda | MM273 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/14/2023  2356 | RCW 46.61.502 |

Place of Offense: Liberty Cafe

Offense Description: Factual Basis for Charge — Driving Under the Influence of Intoxicating Liquors/Drugs

**DEFENDANT INFORMATION**

Last Name: Gutierrez   First Name: Daniel   M.I.: A

Street Address: 160 W Virginia St

City: San Jose   State: CA   Zip Code: 95110

Driver's License No: F290 5554   D.L. State: CA

Phone: (408) 306-9255

Social Security No: 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

Date of Birth: 05/26/1993

Sex: ☒ Male ☐ Female   Height: 5,10   Weight: 200   Eyes: Bro   Hair: Bro

**VEHICLE**  VIN:

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| CUW-8655 | AZ | 22 | Toyota RAV4 | | Silver |

**A** ☒ APPEARANCE IS REQUIRED
If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

**YOUR COURT DATE**

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

X _____ Defendant Signature

---

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/15/2023   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/27/2025 15:33

*E1888697*

CVB SCAN 01/27/2025 15:34

**VIOLATION NUMBER:** E1888697

## STATEMENT OF PROBABLE CAUSE (continued)

(For issuance of an arrest warrant or summons)

I state that on **15 August**    , 20**23** while exercising my duties as

a law enforcement officer in the **Western** District of **Washington**

The location of this incident is within the jurisdiction and boundaries of Joint Base Lewis-McChord, Washington.

At approximately 2356 hours a Silver in Color 2022 Toyota Rav4 was observed to be static in the second inbound lane of Liberty Gate. The toyota was operated by Mr. GUTIERREZ and owned by PV Holding Corp rental company. The defendant was observed by Gate Guard ARAMBULA passing out in the vehicle along with his passenger. JBLM Police were then requested.

Upon JBLM Police contact with the defendant a strong odor of alcohol was detected emanating from his breath and his eyes were bloodshot and droopy. Slurred speech was detected when having a conversation with Mr. GUTIERREZ. He also admitted to consuming an alcoholic drink most likely to be tequila found in vehicle by Gate Guard ARAMBULA. Mr. GUTIERREZ denied to conduct Field Sobriety Tests and give a PBT sample. There was enough probable cause to apprehend Mr. GUTIERREZ due to what was mentioned above, he was apprehended, advised of his legal rights which he did not waive and wanted to speak with a lawyer.

Mr. GUTIERREZ was read the Implied Consent Warning for Breath, which he signed understanding. Mr. GUTIERREZ then provided a breath sample of(IR: 0173. g/210mL/EC: 0.181 g/210mL) and (IR:0.171 g/210mL/EC: 0.178 g/210mL) for the second sample. Mr. GUTIERREZ was cited one MCA District Court Violation Notice for DUI and was issued an installation driving revocation letter and released on his own recognizance. The vehicle was towed by Emerald Towing.

**NOTE:** There ☐ IS / ☒ IS NOT an in-vehicle recording available for this incident.

| Light Conditions: | Weather Conditions: | | Roadway: |
|---|---|---|---|
| ☐ Dark, No Street Lights | ☐ Blowing Sand/Dirt/Snow | ☐ Severe Crosswind | ☒ Dry |
| ☐ Dark, Street Lights Off | ☐ Clear/Partly Cloudy | ☐ Sleet/Hail/Freezing Rain | ☐ Ice |
| ☒ Dark, Street Lights On | ☐ Fog/Smog/Smoke | ☐ Snowing | ☐ Oil |
| ☐ Dawn | ☐ Overcast | ☐ Unknown | ☐ Sand/Mud/Dirt |
| ☐ Daylight | ☐ Raining | ☐ Other: | ☐ Snow/Slush |
| ☐ Dusk | | | ☐ Standing Water |
| ☐ Unknown | | | ☐ Wet |
| ☐ Other: | | | ☐ Unknown |
| | | | ☐ Other: |

The foregoing statement is based upon:

☒ my personal observation          ☐ information supplied to me from my fellow officer's observation
☒ my personal investigation        ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    08/15/2023
                Date (mm/dd/yyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
            Date (mm/dd/yyy)          U.S. Magistrate Judge

LEN 02541-2023-mpc0016